UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 347 - 01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DESMOND ISOM, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On April 5, 2012, the above-mentioned case was referred to Magistrate Judge Kenneth S. McHargh, to conduct the appropriate proceedings, except for sentencing, and to prepare a report and recommendation regarding the violation report submitted to the court.

On April 24, 2012, the Defendant, represented by Assistant Federal Public Defender, Charles Fleming, appeared before Magistrate Judge McHargh for a violation and detention hearing. The Defendant admitted to violation 1 charged in the report dated April 4, 2012; to wit, 1) New Law Violation. Magistrate Judge McHargh issued a report and recommendation to this court finding that the Defendant has violated the conditions of his Supervised Release.

The court held a sentencing hearing on May 17, 2012 and has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to Violation 1 as charged in the Probation Office's April 4, 2012 violation report. As a result the court finds that the Defendant has violated the terms of his Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record.  The court hereby adopts the Magistrate's Report and Recommendation (ECF No. 30).  Based on this court's review of all relevant factors, the court hereby orders that the Defendant's Supervised Release be revoked and he is committed to the custody of the Bureau of Prisons to be imprisoned for a term twenty months.  This sentence shall run concurrent with the Defendant's sentence in Cuyahoga County Court of Common Pleas, case CR-11-555887-A.  No term of Supervised Release shall follow.  Defendant was advised of his appellant rights.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 18, 2012